## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

CHARLES H. FOLKMAN, et al.,

        Plaintiffs,

        v.           Civil No. 05-2099 (RBK)
                (Docket Entry Nos. 7 & 13)

ROSTER FINANCIAL LLC, et al.,

        Defendants.

_____

ROBERT FISHER, et al.,

        Plaintiffs,

        v.          Civil No. 05-2242 (RBK)
                (Docket Entry Nos. 8 & 14)

ROSTER FINANCIAL LLC, et al.,

        Defendants.

_____

EDWARD LATACZ, et al.,

        Plaintiffs,

        v.          Civil No. 05-2243 (RBK)
                (Docket Entry Nos. 8 & 14)

ROSTER FINANCIAL LLC, et al.,

        Defendants.

_____

JAMIE LEAFEY, et al.,

        Plaintiffs,

v.                                  Civil No. 05-2244 (RBK)
                                     (Docket Entry Nos. 7 & 13)

ROSTER FINANCIAL LLC, et al.,

        Defendants.

_____

GARY SAUNDERS, et al.,

        Plaintiffs,

v.                                    Civil No. 05-2245 (RBK)
                                     (Docket Entry Nos. 7 & 13)

ROSTER FINANCIAL LLC, et al.,

        Defendants.

## **O R D E R**

THIS MATTER having been brought before the Court upon motions by Andrew Schwartz, Esquire, attorney for Defendants ING Financial Partners, Inc. and Locust Street Securities, Inc., for an Order dismissing Plaintiffs' Complaints in the above-captioned matters; and upon motions by Mark R. Sander, Esquire, attorney for Plaintiffs, for an Order granting leave to amend the Complaints; and the Court having considered the moving papers, and the opposition thereto; and for the reasons expressed in the Opinion issued this date;

**IT IS HEREBY ORDERED** that Defendants' motions–Civ. No 05-2099 (docket # 7); Civ No. 05-2242 (docket # 8); Civ No. 05-2243 (docket # 8); Civ. No. 05-2244 (docket # 7); and Civ. No. 05-2245 (docket # 7)–are **GRANTED in part and DENIED in part**; and

IT IS FURTHER ORDERED that Plaintiffs' motions–Civ. No 05-2099 (docket # 13); Civ No. 05-2242 (docket # 14); Civ No. 05-2243 (docket # 14); Civ. No. 05-2244 (docket # 13); and Civ. No. 05-2245 (docket # 13)–are **DENIED**; and

IT IS FURTHER ORDERED that Count XII of Plaintiffs' Complaints be **DISMISSED without prejudice**; and

IT IS FURTHER ORDERED that Plaintiffs file amended complaints, in accordance with the Opinion issued this date and the Federal Rules of Civil Procedure, no later than September 16, 2005, or face having the current Complaints dismissed.

Dated: 8-16-05

s/Robert B. Kugler
ROBERT B. KUGLER
United States District Judge